```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EDELMIRA GUERRERO,                                          :
                              Plaintiff,                    :
                                                            :       22 Civ. 2583 (LGS)
              -against-                                     :
                                                            :              ORDER
OGAWA USA INC.,                                             :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the case management conference scheduled for November 23, 2022, is **adjourned sine die** pending the resolution of Defendant's motion to dismiss.

Dated: November 15, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**