UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EDELMIRA GUERRERO,  :
                      Plaintiff,  :
                                :     22 Civ. 2583 (LGS)
            -against-  :
                                :     **ORDER**
OGAWA USA INC.,  :
                      Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 20, 2022, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. As the motion was accompanied by an affidavit from Mark Holmes supporting Defendant's motion to dismiss, Defendant has made a fact-based motion under Federal Rule of Civil Procedure 12(b)(1). *See Carter v. HealthPort Techs., LLC*, 822 F.3d 47, 57 (2d Cir. 2016) (a fact-based Rule 12(b)(1) motion "proffer[s] evidence beyond the Pleading"). It is hereby

       **ORDERED** that Plaintiff shall submit a verified complaint by **May 24, 2023,** to provide an evidentiary basis to resolve the motion.

Dated: May 18, 2023
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE