UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

EDELMIRA GUERRERO, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

OGAWA USA INC.,

                Defendant.

———————————————————————— x

Case No. 1:22-cv-02583

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 11, 2023        **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

2

DATED:  September 11, 2023

**JUNG & YUEN, LLP**

_____
Curtis C Jung
2667 E. Colorado Blvd. Ste 2nd Floor
Pasadena, CA 91107
Phone: 213-689-8880
Email: Jessica@jyllp.Com

*Attorney for Defendant*